UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN C. HEADEN,<br><br>        Petitioner,<br><br>    v.<br><br>SAN MATEO COUNTY SUPERIOR COURT,<br><br>        Respondent. | Case No. 21-cv-08125-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice and a certificate of appealability is DENIED. The Clerk shall enter judgment in favor of Respondent and against Petitioner, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/11/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge